**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 17-01766 | MGW | Judge: MICHAEL G. WILLIAMSON | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | FALGIONE, BRITANY M. | | | Date Filed (f) or Converted (c): | 03/03/17 (f) |
| | | | | 341(a) Meeting Date: | 04/11/17 |
| For Period Ending: | 03/31/18 | | | Claims Bar Date: | 07/20/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2007 Toyota Camry (KBB says 4592) mileage: 120k | 4,592.00 | 0.00 | OA | 0.00 | FA |
| 2. bedroom set, pots pans (& son's room) | 250.00 | 0.00 | | 0.00 | FA |
| 3. 1 tv, son's ipad | 100.00 | 0.00 | | 0.00 | FA |
| 4. smith and wesson shield 40 | 250.00 | 0.00 | OA | 0.00 | FA |
| 5. used women's | 350.00 | 0.00 | | 0.00 | FA |
| 6. costume and watches | 300.00 | 0.00 | | 0.00 | FA |
| 7. chase - checking | 200.00 | 0.00 | | 0.00 | FA |
| 8. savings at GTE | 5.00 | 0.00 | | 0.00 | FA |
| 9. 2016 refund -left in bank acct (just rec'd) | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. CONTINGENT CLAIMS FDC  Victoria Secret (u) FDC-LASH-Victorias Secret | 0.00 | 1,200.00 | | 0.00 | 1,200.00 |
| 11. CONTINGENT CLAIMS  FDC  The Loft (u) FDC-Lash-The Loft | 0.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 12. CONTINGENT CLAIMS  2017 TAX (u) 2017 taxes 62/365 or 16.99% schedule c not correct | 1,745.00 | 0.00 | | 0.00 | FA |
| 13. CONTINGENT CLAIMS  FDC Comenity (u) FDC Lash Comenity | 0.00 | 1,700.00 | | 0.00 | 1,700.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $9,792.00 | $4,400.00 | | $0.00 | $4,400.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 17-01766  MGW  Judge: MICHAEL G. WILLIAMSON | Trustee Name: ANGELA WELCH , TRUSTEE |
| Case Name: FALGIONE, BRITANY M. | Date Filed (f) or Converted (c): 03/03/17 (f) |
| | 341(a) Meeting Date: 04/11/17 |
| | Claims Bar Date: 07/20/17 |

-341 & concluded.  Issues:  FDC Lash Victoria's Secret and The Loft collectors; 2017 taxes 62/365  16.99% sent ltr

April 24, 2017, 09:41 am -Letter to Debtor and Attorney for 2017 taxes

April 26, 2017, 04:40 pm -emial from attorney that we sent a letter in error for 2017taxes.  Returned email that debtor owes for the 2017 taxes and can amend if he feels he has exemptions left.  Asvised that UST requires all tax returns on file.

May 08, 2017, 07:06 am -attorney returned email stating he will amend

May 08, 2017, 11:01 am -schedules amended for 2017 taxes

-5/17/17 atty Lash confirm FDC;  Comenity / Loft / Victorias Secret

July 05, 2017, 02:50 pm -App/Dec and Order to Employ Lash-Order ID-168599

-8/17 rev FDC correspondence re:  ADS and Comenity

-9/27/17 inintial poc rev

-10/17 req status from lash

-10/17 per atty Lash office 3 FDC pending

January 22, 2018, 12:13 pm -Letter to debtor and attorney for 2017 taxes

-2/5/18 d atty sent amended sch taking tax ref, however, did not file with the court, did not sent return, emailed back, need return.

-2/5/18 rec'd 2017 tax return from d atty.  D would owe 510.04 however he says he can amend

March 07, 2018, 03:01 pm -Abandonment

-3/31/18 rev case, FDC Southwestern next hearing 4/17/18


Initial Projected Date of Final Report (TFR): 12/31/18     Current Projected Date of Final Report (TFR): 12/31/18

LFORM1

Ver: 20.00i